LAW OFFICE OF ROBERT W. LYONS
295 West Winton Avenue
Hayward, California 94544
Tel. (510) 782-6161
Fax. (510) 782-3519
Attorney for David Godinez

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No.: 1:10-CR-00287-AWI |
| Plaintiff, | **DEFENDANT GODINEZ'S JOINDER IN CODEFENDANT MIGUEL PARRA-ROSAS MOTION FOR DISCOVERY AND INSPECTION AND MOTION FOR SPECIFIC KYLES AND BRADY INFORMATION** |
| vs. | |
| DAVID GODINEZ, | Date: October 24, 2011 |
| Defendant | Time: 1:30 P.M. |
| | Honorable Anthony W. Ishi |

TO THE HONORABLE JUDGE ANTHONY W. ISHI, THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, TO THE ASSISTANT UNITED STATES ATTORNEY, KATHLEEN ANNE SERVATIUS, AND ALL COUNSEL OF RECORD:

COMES NOW Defendant DAVID GODINEZ, by and through his attorney Robert W. Lyons, and hereby respectfully requests leave to join in Co-Defendant Miguel Parra-Rosas' Motion for Discovery and Motion for Specific Kyles and Brady Information. Defendant David Godinez is in the same situation as his Co-Defendant in relation to the status of the discovery and necessity for the motions in preparation for any further proceedings.

Counsel for the defendant David Godinez has contacted Assistant U.S. Attorney Kathleen Servatius, who

DEFENDANT'S JOINDER - 1

confirmed that the Government does not object to this Joinder in Co-Defendants' Motion for Discovery and Motion for Specific Kyles and Brady Information.

Defendant DAVID GODINEZ further requests leave to file additional motions based upon the discovery which is yet to be fully reviewed.

Dated: October 3, 2011                      Respectfully Submitted

                                          /s/ Robert W. Lyons
                                          Robert W. Lyons
                                          Attorney for David Godinez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | No. 1:10-cr-00287- AWI |
| | ) | |
| Plaintiff; | ) | |
| | ) | ORDER ON |
| vs. | ) | MOTION FOR JOINDER |
| | ) | |
| DAVID GODINEZ, | ) | |
| | ) | |
| Defendant. | ) | |

AFTER REVIEW OF THE MOTION OF DEFENDANT DAVID GODINEZ FOR LEAVE TO JOIN IN THE MOTION FOR DISCOVERY AND THE MOTION FOR SPECIFIC KYLES AND BRADY INFORMATION, AND UPON GOOD CAUSE HAVING BEEN SHOWN, THE MOTION FOR JOINDER IS HEREBY GRANTED.

IT IS SO ORDERED.

Dated: October 6, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE

DEFENDANT'S JOINDER - 3