ROBERT W. LYONS (45548)

LAW OFFICES OF ROBERT W. LYONS
295 West Winton Avenue
Hayward, California 94544
Telephone: 510-782-6161
Facsimile: 510-782-3519

Attorney for Defendant
DAVID GODINEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:10-CR-00287 AWI |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE WIRETAP MOTION HEARING AND |
| vs. ) | DISCOVERY MOTIONS HEARING |
| DAVID GODINEZ, ) | |
| Defendant. ) | |

The parties by and through their counsel of record, hereby stipulate to the following: The parties have jointly agreed that the current motions hearing date of Monday, October 24, 2011be continued until Monday, December 5, 2011. The reason for this continuance is that Attorney Robert W. Lyons needs the original Spanish version of the wiretap transcripts from the U.S. Attorney and time to independently review those transcripts. Also, Attorney Robert W. Lyons needs additional time for his client Godinez to receive an I-pod with the audio discovery and review it while in custody. The parties have also jointly agreed that the new motions filing date will be November 10, 2011 to file motions and November 28, 2011 for the last day to respond to motions. All other counsel in this case has been informed of our request for a continuance of both the Wiretap Motions Hearing and the Discovery Motions Hearing and they have no objection to the continuance.

STIPULATION AND ORDER TO CONTINUE WIRETAP MOTIONS HEARING AND DISCOVERY MOTIONS

HEARING - 1

| | |
|---|---|
| Date: October 12, 2011 | /s/ Robert W. Lyons<br>Robert W. Lyons<br>Attorney for David Godinez |
| Date: October 12, 2011 | /s/ Kathleen Servatius<br>Kathleen Servatius<br>Assistant United States Attorney |

IT IS SO ORDERED.

Dated:   October 21, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO CONTINUE WIRETAP MOTIONS HEARING AND DISCOVERY MOTIONS HEARING - 2