BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FERNANDO AVILA, et. al., ) <br> ) <br> Defendants. ) <br> ) | 1:10-cr-287 AWI <br><br> ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO SUPPRESS |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendants, by and through their attorneys, having stipulated and agreed that the motion to suppress in this case, currently scheduled for January 3, 2012, be continued until January 17, 2012, at 1:30 p.m., and good cause appearing therefore;

IT IS FURTHER ORDERED THAT the motion to suppress filed in this matter shall be continued to January 17, 2012 at 1:30 p.m., the date and time previously set for the trial confirmation in this case. The government's response will be filed on or before January 5, 2012 and any reply by January 11, 2012.

IT IS SO ORDERED.

Dated: January 3, 2012

CHIEF UNITED STATES DISTRICT JUDGE

1