BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:10-cr-287 AWI |
| | ) | |
| Plaintiff, | ) | ORDER CONTINUING HEARING ON |
| | ) | DEFENDANT'S MOTION TO SUPPRESS |
| | ) | |
| v. | ) | |
| | ) | |
| FERNANDO AVILA, et. al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendants, by and through their attorneys, having stipulated and agreed that the motion to suppress in this case, currently scheduled for February 27, 2012, be continued until April 2, 2012, at 1:30 p.m., and good cause appearing therefore;

IT IS FURTHER ORDERED THAT the motion to suppress filed in this matter shall be continued to April 2, 2012, at 1:30 p.m., and the defendants' reply will be filed on or before March 19, 2012.

IT IS SO ORDERED.

Dated:     February 23, 2012     _____

CHIEF UNITED STATES DISTRICT JUDGE

1