ROBERT W. LYONS (45548)

LAW OFFICES OF ROBERT W. LYONS
295 W. Winton Avenue
Hayward, CA 94544
Telephone (510) 782-5151
Facsimile (510) 782-3519

Attorney for Defendant
David Godinez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:10-CR-00287 |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE MOTION TO SUPPRESS WIRETAP AND TRIAL CONFIRMATION HEARING AND EXLCUSION OF TIME UNDER THE SPEEDY TRIAL ACT [18 U.S.C. §3161]** |
| vs. | |
| DAVID GODINEZ, | |
| Defendant. | |

The parties by and through their counsel of record, hereby stipulate to the following: The parties have jointly agreed that the current Motion to Suppress Wiretaps Hearing of Tuesday, April 3, 2012, be continued to Thursday, April 23, 2012 which is already set on the calendar. The intended calendar effect by the parties is that the April 23, 2012 date that is currently scheduled for Trial Confirmation/Motions in Limine Hearing will stay on the calendar, but for the purpose of a Setting Date, Motions in Limine and the Motion to Suppress Wiretaps. The reason for this continuance is that defense counsel has recently received a plea offer from the Assistant United States Attorney, Kathy Servatius. After receipt of the plea offer, the parties have been in ongoing discussions in an attempt to resolve the case. The parties are still in the process of ongoing discussions and defense counsel hopes to have a new plea offer to review soon. Defense counsel has contacted all other counsel in this case and obtained oral consent to continue the matter accordingly. A voice mail was left for co-counsel Roger Litman of the

STIPULATION TO CONTINUE MOTION TO SUPPRESS WIRETAPS MOTION - 1

request and defense counsel has not heard back from Mr. Litman's office. However, Mr. Litman is not a participant in the wiretap motions.

For the factual reason above, the parties agree that the time between April 3, 2012 and April 23, 2012 shall be excludable from the Speedy Trial Act requirements of Title 18, United States Code, Sections 3161 (h)(7)(A) and 3161(h)(7)(B)(iv).

The parties agree that the time is excludable in that the ends of justice served by granting the continuance of the status conference to April 23, 2012 outweigh the best interests of the public and the defendant in a speedy trial. The parties agree that a continuance of the status conference to April 23, 2012 is necessary to ensure effective case preparation for resolution and denial of such a continuance would unreasonably deny defendant effective case preparation pursuant to 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(iv).

Date: March 29, 2012

    /s/Robert W. Lyons
Robert W. Lyons
Attorney for David Godinez

Date: March 29, 2012

    /s/Kathy Servatius
Kathy Servatius
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: March 29, 2012

CHIEF UNITED STATES DISTRICT JUDGE