ROBERT W. LYONS (45548)

LAW OFFICES OF ROBERT W. LYONS
295 W. Winton Avenue
Hayward, CA 94544
Telephone (510) 782-5151
Facsimile (510) 782-3519

Attorney for Defendant
David Godinez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:10-CR-00287 |
| Plaintiff, ) | **STIPULATION AND ORDER TO CONTINUE MOTION TO SUPPRESS WIRETAP AND EXLCUSION OF TIME UNDER THE SPEEDY TRIAL ACT [18 U.S.C. §3161]** |
| vs. ) | |
| DAVID GODINEZ, ) | |
| Defendant. ) | |

The parties by and through their counsel of record, hereby stipulate to the following: The parties have jointly agreed that the current Motion to Suppress Wiretaps Hearing of Monday, February 4, 2013, be continued to Monday, March 4, 2013. The reason for this continuance is that the Assistant United States Attorney, Kathy Servatius has recently experienced a family emergency and defense counsel is currently in the process of a possible resolution. Defense counsel has contacted all other counsel in this case and obtained consent to continue the matter accordingly.

For the factual reasons above, the parties agree that the time between February 4, 2013 and March 4, 2013 shall be excludable from the Speedy Trial Act requirements of Title 18, United States Code, Sections 3161 (h)(7)(A) and 3161(h)(7)(B)(iv).

The parties agree that the time is excludable in that the ends of justice served by granting the continuance of the status conference to March 4, 2013 outweigh the best interests of the public and the defendant in a speedy trial. The parties agree that a continuance of the

STIPULATION TO CONTINUE MOTION TO SUPPRESS WIRETAPS MOTION - 1

status conference to March 4, 2013 is necessary to ensure effective case preparation for resolution and denial of such a continuance would unreasonably deny defendant effective case preparation pursuant to 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(iv).

Date: January 30, 2013

    /s/Robert W. Lyons
Robert W. Lyons
Attorney for David Godinez

Date: January 30, 2013

    /s/Kathy Servatius
Kathy Servatius
Assistant United States Attorney

Date: January 30, 2013

    /s/Arturo Hernandez
Arturo Hernandez
Attorney for Eric Cervantes-Aguilar

Date: January 30, 2013

    /s/Preciliano Martinez
Preciliano Martinez
Attorney for Rafael Mendez Esparza

Date: January 30, 2013

    /s/Eric Green
Eric Green
Attorney for Jose Refugio Alcantar-Penaloza

IT IS SO ORDERED.

Dated: January 30, 2013

SENIOR DISTRICT JUDGE