**ERIC GREEN #80115**
**Attorney at Law**
**The Rowell Building**
**2100 Tulare Street, Suite 512**
**Fresno, California 93721**
**Telephone (559) 237-0800**
**Facsimile (559) 237-1990**

Attorney for Defendant
**JOSE REFUGIO ALCANTAR-PENALOZA**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:10-CR-00287 AWI/BAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE HEARING** |
| vs. | |
| JOSE REFUGIO ALCANTAR-PENALOZA, et al | |
| Defendant(s) | |

The parties by and through their counsel of record, hereby stipulate to the following: The parties have jointly agreed that the current Hearing of Monday, July 29, 2013, at the hour of 1:30 p.m., be continued to Monday, September 23, 2013, at the hour of 1:30 p.m. The reason for this continuance is that Mr. Green is currently in trial in Department 62 of the Fresno County Superior Court on a special circumstances murder case wherein which the People of the State of California are seeking the death penalty. His trial is anticipated to conclude sometime on or near September 19, 2013. Defense counsel has contacted all other counsel in this case and obtained consent to continue the matter accordingly.

-1-

For the factual reasons above, the parties agree that the time between July 29, 2013 and September 23, 2013 shall be excludable from the Speedy Trial Act requirements of Title 18, United States Code, Sections 3161 (h)(7)(A) and 3161(h)(7)(B)(iv).

The parties agree that the time is excludable in that the ends of justice served by granting the continuance of the status conference to September 23, 2013 outweigh the best interests of the public and the defendant in a speedy trial. The parties agree that a continuance of the hearing to September 23, 2013 is necessary to ensure effective case preparation for resolution and denial of such a continuance would unreasonably deny defendant effective case preparation pursuant to 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(iv).

DATE: July 25, 2011            Respectfully submitted,

/s/     Robert Lyons
ROBERT LYONS,
Attorney for Defendant
DAVID GODINEZ

DATE: July 25, 2011

/s/     Eric Green
ERIC GREEN,
Attorney for Defendant
JOSE REFUGIO ALCANTAR-PENALOZA

DATE: July 25, 2011

/s/     Preciliano Martinez
PRECILIANO MARTINEZ,
Attorney for Defendant
RAFAEL MENDEZ ESPARZA

DATE: July 25, 2011

/s/     Arturo Hernandez
ARTURO HERNANDEZ,
Attorney for Defendant
ERIC CERVANTES AGUILAR

DATE: July 25, 2011        /s/   Kathleen Servatius
                          KATHLEEN SERVATIUS,
                          Assistant United States Attorney

IT IS SO ORDERED.

Dated:   July 26, 2013         _____
                              SENIOR  DISTRICT  JUDGE